TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00452-CR







Allen C. Brown, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT


NO. 97-830-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING





 

O R D E R


PER CURIAM

Appellant's fourth motion for extension of time to file brief is granted. Appellant's
counsel, Ariel Payan, is ordered to tender a brief in this cause no later than February 23, 2009.

It is ordered February 12, 2009. 


Before Chief Justice Jones, Justices Puryear and Henson

Do Not Publish